## COX v. KANSAS.

No. 453, Misc. Decided February 17, 1964.

Petitioner *pro se.*

*William M. Ferguson,* Attorney General of Kansas, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Kansas for further consideration in light of *Douglas* v. *California,* 372 U. S. 353, and *Daegele* v. *Kansas,* 375 U. S. 1.